# ROHDE & VAN KAMPEN

*Law Offices*   PLLC

1000 Second Avenue, Suite 3110
Seattle, Washington 98104-1046

Telephone (206) 386-7353
Facsimile (206) 405-2825

**ADDED TO MATRIX**

**OCT 1 5 2002**

EMILY A. MAXEY
Direct:   (206) 386-7353
Email: emaxey@rohdelaw.com

October 11, 2002

U.S. Bankruptcy Court Clerk
U.S. Courthouse, Room 301
300 South Fourth Street
Minneapolis, MN   55415

Re: **Securities Resolution Corporation**   02-40286

Dear Sir or Madam:

Enclosed please find the original and return copy of the Notice of Change of Address Eldridge Family Trust.  Please file in your usual manner and return the file-stamped "return copy" to our office in the enclosed self-addressed, stamped envelope.

Thank you for your assistance.

Very truly yours,
ROHDE & VAN KAMPEN PLLC

Emily A. Maxey
Legal Assistant

Enclosures

Filed on OCT 1 5 2002
Patrick G. De Wane, Clerk
By _____ Deputy Clerk

36-1

Hon. Nancy C. Dreher

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re | Chapter 7 Bankruptcy |
| | |
| SRC Holding Corporation f/k/a/ | Jointly Administered |
| Miller & Schroeder Financial, Inc. | |
| and its subsidiaries | Bky Nos. 02-40284-NCD |
| | 02-40285-NCD |
| Debtor. | 02-40286-NCD |
| | |
| | **NOTICE OF CHANGE OF** |
| | **ADDRESS ELDRIDGE FAMILY** |
| | **TRUST** |

PLEASE TAKE NOTICE of the following change of address for creditor Eldridge

Family Trust:

Al Van Kampen
ROHDE & VAN KAMPEN PLLC
1000 Second Avenue, Suite 3110
Seattle, Washington 98104

Telephone:    206-441-1121
Facsimile:    206-405-2825
Email:        avk@rohdelaw.com

All further papers and pleadings, except original process, should be served upon the

undersigned attorneys at the above address.

NOTICE OF CHANGE OF ADDRESS-1

The clerk is requested to revise the master mailing list to reflect the change of address.

DATED: October 11, 2002

ROHDE & VAN KAMPEN PLLC

Al Van Kampen
Roger A. Leishman
Attorneys for the Eldridge Family Trust

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed via first-class mail, postage prepaid, on the following on October 11, 2002.

SRC Holding Corp.
SRC Investments Corp.
Securities Resolution Corporation
150 South Fifth Street, Suite 2900
Minneapolis, MN 55402

Daniel C. Beck, Esq.
Winthrop & Weinstine
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101

Michael L. Meyer, Esq.
Ravich Meyer Kirkman & McGrath
80 South Eighth Street, Suite 4545
Minneapolis, MN 55402

Jonathan R. Fay, Esq.
Stein, Moore & Fay, P.A.
1010 Minnesota Building
St. Paul, MN 55101

U.S. Trustee
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Carl R. Kugler, Esq.
Foley & Lardner
P.O. Box 1497
Madison, WI 53701-1497

U.S. Trust Company of Texas, N.A.
c/o Steven W. Bacon, Esq.
Hill, Farrer & Burrill LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147

Grace English, Ellis Lewellen, and the
Estate of Betty Jo Morse
c/o Don Paul Badgley
Badgley Mullins Law Group
1201 Third Avenue, Suite 5100
Seattle, WA 98101

NOTICE OF CHANGE OF ADDRESS-2

| | |
|---|---|
| 1 | John Stoebner, Esq. |
| | Lapp, Libra, Thomson |
| 2 | Stoebner & Pusch Chartered |
| | One Financial Plaza |
| 3 | 120 South Sixth Street, Suite 2500 |
| | Minneapolis, MN 55402 |
| 4 | |

John Stoebner, Esq.
Lapp, Libra, Thomson
Stoebner & Pusch Chartered
One Financial Plaza
120 South Sixth Street, Suite 2500
Minneapolis, MN 55402

Joseph W. Lawver, Esq.
Messerli & Kramer, P.A.
1800 Fifth Street Tower
150 South Fifth Street
Minneapolis, MN 55402

John Jageila
The Marshall Group
150 South Fifth Street
Suite 3000
Minneapolis, MN 55402

John C. Thomas, Esq.
Dorsey & Whitney
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

Susan Weis
Securities Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604

Phillip Bohl, Esq.
Gray, Plant, Mooty & Mooty &
Bennett, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796

Scott A. Johnson, Esq.
Johnson Law Group, LLP
10801 Wayzata Boulevard
Suite 120
Minnetonka, MN 55305

L. Scott Keehn
Charles F. Robbins
Robbins & Keehn, APC
530 B. Street, Suite 2400
San Diego, CA 92101

Thomas G. Wallrich
Fafinski, Wallrich & Crema, PLLC
337 Oak Grove Street
Suite 100, Dunne Mansion
Minneapolis, MN 55403

Brian F. Leonard
100 S. 5th Avenue, Suite 1200
Minneapolis, MN 55402

Emily A. Maxey

NOTICE OF CHANGE OF ADDRESS-3

ROHDE & VAN KAMPEN PLLC
1000 Second Avenue, Suite 3110
Seattle, Washington 98104
(206) 386-7353